No. 93–6803. HEIMERMANN *v.* WISCONSIN STATE PUBLIC DEFENDER. Sup. Ct. Wis. Certiorari denied.

No. 93–6804. SIMPSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6806. MEDINA-ORTIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6807. MCADORY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6808. MIRANDA-ROMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6809. MAYABB *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6813. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6816. WALKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6818. CARRILLO-RANGEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6819. NUNLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6821. PERNELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6822. RODRIGUEZ-GALINDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6825. HENDERSON, AKA STERN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6829. JACKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6832. KUHBANDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6833. FERGUSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.